IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEANNA RENEE SPRINGER,<br><br>　　　　　　Defendant. | **4:11CR3101**<br><br>**ORDER** |

IT IS ORDERED that:

1. The plaintiff's unopposed motion to continue sentencing date (filing 137) is granted.

2. Defendant Jeanna Renee Springer's sentencing is continued to Monday, October 29, 2012, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 13th day of September, 2012.

BY THE COURT:

_____
John M. Gerrard
United States District Judge